UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO VALDEZ, *et al.*,

                  Plaintiffs,

-v-

3M COMPANY, *et al.*,

                  Defendants.

21-CV-10427 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from the Supreme Court of the State of New York, New York County, on December 7, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 22, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 16, 2021.

    SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                            United States District Judge